Hall, Judge.
 

 -It must be taken for granted that more was proved on the trial than appears upon the record, and it is unnecessary to send up any statement of facts, unconnected with those questions of law which are made by the case. From the facts set forth, it does not appear that the Plaintiff has any title to the property in question. The Sheriff made him a bill of sale, but he did so only because he was advised to do it. It does not appear that the Plaintiff bid off the property, or paid for it. But I presume there was more evidence offered, be
 
 *21
 
 cause the Judge instructed (he Jury, that if they could infer that the real bidder transferred his right to the Plaintiff, and that in consequence thereof, the Sheriff made him a bill of sale, that gave him the legal title.— The Jury have passed upon the facts under this charge, and have found for the Plaintiff, and as no exception can be taken to the charge, and as the Judge was not dissatisfied with the verdict, the rule for a new trial must be discharged.
 

 Per Curiam. — Let the judgment be affirmed.